IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES E. NOBLES,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                            15-cv-741-wmc

DR. MELODY E. BELLINGHAUSEN,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of venue.

    /s/                                                                  12/7/2016

Peter Oppeneer, Clerk of Court                      Date